# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ENSMINGER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE, COUNTY OF SPOKANE, and NAHP/TECH CARE, INC.<br><br>    Defendants. | NO: 1:17-CV-0034-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff is proceeding *pro se* and *in forma pauperis*. *See* ECF No. 7. On March 27, 2017, Plaintiff was ordered to file an Amended Complaint within 60 days. ECF No. 9. Plaintiff was cautioned that his failure to amend within 60 days would result in the dismissal of this case. ECF No. 9 at 15-16. Although granted the opportunity to do so, Plaintiff has now failed to amend his complaint to include sufficient facts to establish federal subject-matter jurisdiction. *See Broughton v. Cutter Laboratories*, 622 F.2d 458, 460 (9th Cir. 1980) (citations omitted).
ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an objective one, and good faith is demonstrated when an individual "seeks appellate review of any issue not frivolous." *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). For purposes of 28 U.S.C. § 1915, an appeal is frivolous if it lacks any arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

The Court finds that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact. Accordingly, the Court hereby revokes Plaintiff's *in forma pauperis* status.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint is **DISMISSED without prejudice** for failure to state a claim under 28 U.S.C. §1915(e)(2)(B).

2. Plaintiff's *in forma pauperis* status is **REVOKED.**

The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and **CLOSE** the file.

**DATED** June 1, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2